IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISIO

**CHARLES L. SMITH,**

    Plaintiff,

vs.                                        Case No. 4:05cv111-RH/WCS

**HEWLETT PACKARD COMPANY,**
a foreign corporation,

    Defendant.

_____/

## O R D E R

Defendant's attorney sent to me a proposed consent protective order by email as set forth in the district CM/ECF procedures on the district website. However, the premise for an order is established by a motion setting forth good cause for the order and the consent of the opposing party. The proposed order is acceptable and will be entered, but Defendant must first file a consented or joint motion for entry of this order.

**DONE AND ORDERED** on July 25, 2005.

                                      s/   William C. Sherrill, Jr.
                                      **WILLIAM C. SHERRILL, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**